UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC OLSON, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>DARREN PEREZ,<br><br>      Defendant. | Case No. 5:24-cv-03697 EJD<br><br>**ORDER TO SHOW CAUSE** |

This Court held a hearing on Plaintiff's Motion for Temporary Restraining Order (ECF No. 9) on June 26, 2024. Defendant was served with notice of the hearing on June 25, 2024 (ECF No. 17). Defendant failed to appear at the hearing.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's Motion for Temporary Restraining Order should be not be granted.

The hearing on the Order to Show Cause and further hearing on Plaintiff's Motion for Temporary Restraining Order will be held July 1, 2024, at 10:00 a.m. in San Jose, Courtroom 4, 5th Floor. If Defendant fails to appear, the temporary restraining order may be issued.

**IT IS SO ORDERED**.

Dated: June 26, 2024

_____
EDWARD J. DAVILA
United States District Judge